UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAWN R. HAWKINS                                                                                    PLAINTIFF

v.                                        CASE NO. 4:16-CV-00587-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                                                DEFENDANT

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §405(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED this 30th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE